UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONAIR CORPORATION, ) | |
| Plaintiff, ) | Case No. 3:03 CV 958 (MRK) |
| ) | |
| v. ) | |
| ) | |
| EURASIA CONCEPTS, INC., ) | |
| Defendant. ) | |

FILED

## MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

Plaintiff Conair Corporation ("Conair"), by and through its attorneys, hereby moves this Court for a continuance of the settlement conference scheduled for November 13, 2003 before Magistrate Judge Thomas P. Smith in this action. Plaintiff Conair makes this motion for the following reasons:

1. Counsel for Plaintiff has a scheduling conflict that cannot be changed. Counsel for Plaintiff is scheduled to appear in another action in Miami, Florida on November 13, 2003 and November 14, 2003.

2. Counsel for Defendant, Brian Foley, Esq., has consented to a continuance of the settlement conference.

3. Plaintiff hereby moves this Court for a continuance of the November 13, 2003 settlement conference to another date that is convenient for the Court.

4. This motion is made for good cause and not for purposes of delay.

Respectfully submitted,

Dated: ~~October 22, 2003~~
October 28, 2003

Anthony H. Handal (CT 03837)
Kirkpatrick & Lockhart, LLP
599 Lexington Avenue
New York, New York 10022
212-536-3900 ph
212-536-3901 fax

Attorneys for Plaintiff Conair Corporation

CERTIFICATE OF SERVICE

I, Catherine R. Keenan, an associate with Kirkpatrick & Lockhart, LLP, counsel for Plaintiff Conair Corporation, hereby certify that a copy of the foregoing Plaintiff's Motion for a Continuance of the Settlement Conference was served today, ~~October 22, 2003~~ October 28, 2003, by first class mail, postage pre-paid addressed as follows:

>     Brian T. Foley, Esq.
>     McGovern & Associates
>     One Lafayette Place
>     Greenwich, Connecticut 06830

Catherine R. Keenan

2