**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

-----------------------------------------------------x
CONAIR CORPORATION,                :
                                                                  :     Civil Action No. 303 CV 0958 (MRK)
        Plaintiff,                            :
                                                                  :
      v.                                              :
EURASIA CONCEPTS, INC.         :
d.b.a. BIO IONIC, INC.,                  :
        Defendant.                         :
-----------------------------------------------------x

FILED
Nov 14  1 36 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

### PLAINTIFF'S CONSENTED MOTION TO EXTEND COURT ORDERED DEADLINES AND ORDER THEREON

Plaintiff Conair Corporation (hereinafter "Conair") moves the Court to extend the deadlines ordered by the Court in its Order dated July 28, 2003 and in the parties' case management plan. Plaintiff proposes to extend the deadlines up to sixty days, or to such dates as this Court deems appropriate. In support of its motion, Plaintiff states as follows:

1. The parties continue to discuss settlement of this lawsuit.

2. While the parties have exchanged some discoverable information during settlement discussions, the parties have not engaged in full discovery in anticipation of settlement.

3. The next deadline in this Court's Order requires Plaintiff to produce expert reports by November 28, 2003. In anticipation of settlement, the parties have not conducted enough discovery in this case to submit reports.

4. Plaintiff hereby moves the Court to extend the deadlines in its July 28, 2003 Order and in the parties' case management plan by sixty days so that the parties may continue the ongoing settlement discussions, which both parties expect to be fruitful.

5. Counsel for Defendant, Brian Foley, Esq., joins in this motion.

6. This motion is being made for good cause and not for purposes of delay.

Dated: November 10, 2003

Respectfully submitted,

_____
Anthony H. Handal (Ct Fed. # 03837)
Kirkpatrick & Lockhart, LLP
599 Lexington Avenue
New York, New York 10022
212-536-3900 ph
212-536-3901 fax
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Catherine R. Keenan, an associate with Kirkpatrick & Lockhart, LLP, counsel for Plaintiff, Conair Corporation, hereby certify that a copy of the foregoing Plaintiff's Consented Motion to Extend Deadlines and Order Thereon was served today, November 10, 2003, upon all parties by placing a copy of same in first class mail, postage prepaid, addressed as follows:

Brian T. Foley, Esq.
McGovern & Associates
One Lafayette Place
Greenwich, CT 06830

Dated: November 10, 2003

By: _____
Catherine R. Keenan