11/6/03. Granted. The conference is hereby rescheduled for January 28, 2004 L 10:00 A.M., which is the court's next available date. /s/ J.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONAIR CORPORATION,<br>Plaintiff,<br><br>v.<br><br>EURASIA CONCEPTS, INC.,<br>Defendant. | Case No. 3:03 CV 958 (MRK) |

## MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

Plaintiff Conair Corporation ("Conair"), by and through its attorneys, hereby moves this Court for a continuance of the settlement conference scheduled for November 13, 2003 before Magistrate Judge Thomas P. Smith in this action. Plaintiff Conair makes this motion for the following reasons:

1. Counsel for Plaintiff has a scheduling conflict that cannot be changed. Counsel for Plaintiff is scheduled to appear in another action in Miami, Florida on November 13, 2003 and November 14, 2003.

2. Counsel for Defendant, Brian Foley, Esq., has consented to a continuance of the settlement conference.

3. Plaintiff hereby moves this Court for a continuance of the November 13, 2003 settlement conference to another date that is convenient for the Court.

4. This motion is made for good cause and not for purposes of delay.

1