UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
CONAIR CORPORATION,                :
                                   :    Civil Action No. 303 CV 0958 (MRK)
         Plaintiff,                :
                                   :
     v.                            :
EURASIA CONCEPTS, INC.             :
d.b.a. BIO IONIC, INC.,            :
         Defendant.                :
------------------------------------------------x

PLAINTIFF'S MOTION FOR AN ORDER
COMPELLING DISCOVERY
AND ORDER THEREON

Plaintiff Conair Corporation (hereinafter "Conair") moves the Court for an order compelling Defendant Eurasia Concepts, Inc. ("Eurasia") to produce complete responses to Plaintiff's First Request for Production of Documents and Things and Plaintiff's First Set of Interrogatories No. 9, 12, and 17. In support of its motion, Plaintiff states as follows:

1. The parties have engaged in settlement discussions. As a part of the settlement discussions, it was agreed that the parties must exchange certain information relating to costs, sales, prior art claims and ingredients before serious settlement discussions could ensue.

2. Plaintiff served its First Request for Production of Documents and Things and Plaintiff's First Set of Interrogatories on Defendant on August 6, 2003. After moving for an extension of time to answer and then further delaying the production of responses to the Plaintiff's discovery requests, Defendant finally served its answers to the outstanding discovery.

3. Defendant failed to produce any documents responsive to the document requests and provided incomplete answers to Interrogatory Nos. 9, 12, and 17 which sought information concerning sales, costs, prior art and ingredient lists.

4. After many discussions with counsel for Defendant regarding the incomplete responses, Defendant produced sixty documents which were not responsive to the issues of costs, sales, costs, prior art and ingredient lists.

5. Thereafter, Defendant produced supplemental answers to Interrogatory Nos. 9, 12 and 17 which were incomplete.

6. Plaintiff has repeatedly requested that Defendant produce complete responses to the outstanding discovery requests, however, Defendant continues to suppress relevant evidence in this case.

7. Pursuant to the Protective Order entered into by the parties, Exhibit A annexed to the Memorandum of Law is marked "Confidential".

8. Plaintiff hereby moves the Court for an order compelling Defendant to completely respond to Plaintiff's First Request for Production of Documents and Things and Interrogatory Nos. 9, 12, and 17.

9. This motion is being made for good cause and not for purposes of delay.

Dated: December 15, 2003

Respectfully submitted,

_____
Anthony H. Handal (Ct Fed. # 03837)
Kirkpatrick & Lockhart, LLP
599 Lexington Avenue
New York, New York 10022
212-536-3900 ph
212-536-3901 fax
Attorneys for Plaintiff

IT IS SO ORDERED:

_____        Dated:_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I, Catherine R. Keenan, an associate with Kirkpatrick & Lockhart, LLP, counsel for Plaintiff, Conair Corporation, hereby certify that a copy of the foregoing Plaintiff's Motion for an Order Compelling Discovery and Order Thereon and supporting Memorandum of Law was served today, December 15, 2003, upon all parties by placing a copy of same in first class mail, postage prepaid, addressed as follows:

Brian T. Foley, Esq.
McGovern & Associates
One Lafayette Place
Greenwich, CT 06830

Dated: December 15, 2003                    By: _____
                                                 Catherine R. Keenan