UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
CONAIR CORPORATION,           :
                              :    Civil Action No. 303 CV 0958 (MRK)
          Plaintiff,          :
                              :
     v.                       :
EURASIA CONCEPTS, INC.        :
d.b.a. BIO IONIC, INC.,       :
          Defendant.          :
------------------------------------------------------x

FILED
JAN 5  8 57 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO ANSWER DEFENDANT'S DISCOVERY REQUESTS AND ORDER THEREON

Plaintiff Conair Corporation (hereinafter "Conair") moves the Court for an extension of time to answer Defendant's outstanding discovery requests until January 13, 2004. In support of its motion, Plaintiff states as follows:

1. Plaintiff's responses to Defendant's discovery requests are due today, December 29, 2003.

2. Plaintiff attempted to contact counsel for Defendant to seek a two week extension to answer the discovery requests, however, there was no answer at counsel's office. It appears that there may be a problem with the phone line of counsel for Defendant as the phone repeatedly rang and no voicemail or other answering machine picked up.

3. Plaintiff seeks an extension of time because counsel for Plaintiff recently had surgery on his right wrist after a slip and fall accident earlier this month and is unable to write or handle documents and, as a result, counsel for Plaintiff was delayed in working on the responses.

4. Plaintiff hereby moves the Court for an extension of time until January 13, 2003 to answer the Defendant's discovery requests.

5. This motion is being made for good cause and not for purposes of delay.

Dated: December 29, 2003

Respectfully submitted,

_____
Anthony H. Handal (Ct Fed. # 03837)
Kirkpatrick & Lockhart, LLP
599 Lexington Avenue
New York, New York 10022
212-536-3900 ph
212-536-3901 fax
Attorneys for Plaintiff

IT IS SO ORDERED:

_____        Dated:_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I, Catherine R. Keenan, an associate with Kirkpatrick & Lockhart, LLP, counsel for Plaintiff, Conair Corporation, hereby certify that a copy of the foregoing Plaintiff's Motion for an Extension of time to answer Defendant's discovery requests and Order Thereon was served today, December 29, 2003, upon all parties by placing a copy of same in first class mail, postage prepaid, addressed as follows:

Brian T. Foley, Esq.
McGovern & Associates
One Lafayette Place
Greenwich, CT 06830

Dated:  December 29, 2003

By_____
Catherine R. Keenan