UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
CONAIR CORPORATION                      :
                                        :
            Plaintiff,                  :
                                        :   Case No.: 303CV0958 (MRK)
     v.                                 :
                                        :
EURASIA CONCEPTS, INC. d/b/a            :
BIO IONIC, INC.                         :
                                        :
            Defendant.                  :
-------------------------------------------------------x
```

*FILED* Jan 8 11 39 AM '04 U.S. DISTRICT COURT NEW HAVEN, CONN.

## DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO RULE 37(A)(4)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant respectfully moves for an Order pursuant to Fed. R. Civ. P. 37(a)(4)(b) awarding Defendant its attorneys' fees and costs incurred in opposing the Plaintiff's Motion to Compel dated December 15, 2003.

In further support of the instant Motion, Defendant incorporates the Memorandum filed concurrently herewith in opposition to the Motion to Compel and in Support of this Motion.

Dated: January 8, 2003

_____
Brian T. Foley (U.S.D.C. Bar No. ct06436)
McGOVERN & ASSOCIATES
One Lafayette Place
Greenwich, CT 06830
Tel. (203) 622-1101

Attorneys for Defendant
Eurasia Concepts, Inc. d/b/a
Bio Ionic, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant's Motion for Attorneys' Fees and Costs Pursuant to Rule 37(a)(4)(b) of the Federal Rules of Civil Procedure was served via U.S. Mail, postage prepaid, on counsel for the Plaintiff Conair Corporation, Anthony H. Handal of Kirkpatrick & Lockhart, LLP, 599 Lexington Avenue, 31st Floor, New York, NY 10022 this 8th day of January 2004.

*Brian T. Foley*
Brian T. Foley