## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONAIR CORPORATION, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV958(MRK) |
| | : | |
| v. | : | |
| | : | |
| EURASIA CONCEPTS, INC. d.b.a. BIO IONIC, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Plaintiff's Motion For An Extension Of Time To Answer Defendant's Discovery Requests And Order Thereon [doc. #25], dated December 29, 2003, is hereby **GRANTED** absent objection. Plaintiff will answer defendant's outstanding discovery requests on or before **January 13, 2004**. **All other deadlines will remain unchanged.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

**Dated at New Haven, Connecticut: January 9, 2004**.