UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JAN 13 A 11: 34
U.S. DISTRICT COURT
HARTFORD, CT.

CONAIR CORPORATION,
    Plaintiff

- v -

                             3:03CV958(MRK)

EURASIA CONCEPTS, INC.,,
    Defendant

ORDER

A settlement conference shall be held before the undersigned on **January 28, 2004, at 10:00 a.m.** The parties shall submit <u>ex parte</u> statements **to the Chambers of Judge Smith**, Room 258, not to exceed four pages, briefly setting forth their settlement positions, no later than January 26, 2004. **<u>Facsimiles will not be accepted</u>**.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** See <u>Nick v. Morgan's Foods, Inc.</u>, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), <u>aff'd</u>, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

Dated at Hartford, Connecticut, this 13th day of January, 2004.

                            Thomas P. Smith
                            United States Magistrate Judge