UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Discovery Dispute Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

March 25, 2004

5:00 p.m.

CASE NO. **3:03cv958 (MRK)**    **Conair v. Eurasia Concepts**

Anthony H. Handal
Kirkpatrick & Lockhart
599 Lexington Avenue
New York, NY 10022
212-536-3900

**STATUS CONFERENCE HELD**
DATE: 3/25/04

25 min.

Brian T. Foley
McGovern & Associates
One Lafayette Place
Greenwich, CT 06830
203-622-1101

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK