UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CONAIR CORPORATION,            :
                               :
         Plaintiff,            :
                               :
v.                             :     No. 3:03CV958 (MRK)
                               :
EURASIA CONCEPTS, INC.,        :
d/b/a BIO IONIC, INC.,         :
                               :
         Defendant.            :

FILED

May 4  4 25 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

## FINAL JUDGMENT

AND NOW, this 29th day of April, 2004, with the consent of all parties, it is hereby ORDERED and ADJUDGED as follows:

1. This Court has jurisdiction over the subject matter of this action and over the parties.

2. Conair Corporation ("Conair") is the owner of United States Patent 5,520,909 for "Method of Permanently Restructuring Curled or Frizzy Hair" (the "'909 patent"), which patent is valid and subsisting.

3. Eurasia Concepts, Inc, d/b/a BioIonic, Inc. ("BioIonic") has infringed Conair's '909 patent by its manufacture, distribution, use, and sale in the United States of hair straightening products, including without limitation those known as the Bio Ionic Professional Hair Care System, Bio Ionic Ion-Retexturizing System, Bio Ionic Hair Straightening, and Bio Ionic Hair Retexturizing, and by providing services and practicing methods in the United States that infringe '909 patent, all in violation of 35 United States Code section 271(a).

4. BioIonic has further infringed the '909 patent by inducing others to infringe the claims of the '909 patent, in violation of 35 United States Code section 271(b).

5. Final judgment is hereby entered in favor of Conair on the single cause of action set forth in its complaint filed May 30, 2003.

6. BioIonic, its directors, officers, agents, servants, employees, attorneys, and any and all persons acting in concert or participation with any or all of them, are hereby permanently enjoined from manufacturing, distributing, marketing, or selling hair straightening products that infringe the '909 patent, including without limitation the products known as Bio Ionic Professional Hair Care System, Bio Ionic Ion-Retexturizing System, Bio Ionic Hair Straightening, and Bio Ionic Hair Retexturizing.

7. BioIonic, its directors, officers, agents, servants, employees, attorneys, and any and all persons acting in concert or participation with any or all of them, are hereby permanently enjoined from otherwise infringing, inducing infringement, or contributorily infringing the '909 patent.

8. All claims of defendant BioIonic in this action are hereby dismissed with prejudice.

9. Each party to this action shall bear its own costs, disbursements, and attorneys' fees.

Dated: April 29, 2004

By: _____
Anthony H. Handal (CT Fed.Bar# 03837)
Kirkpatrick & Lockhart, LLP
599 Lexington Avenue
New York, New York 10022
(212) 536-3900

Attorneys for Plaintiff Conair Corporation

Dated: April 28, 2004

By: /s/ Brian T. Foley
Brian T. Foley (BFCT06436)
McGovern & Associates
One Lafayette Place
Greenwich, CT 06830
(203) 622-1101

Attorneys for Defendant
Eurasia Concepts, Inc. d.b.a.
Bio Ionic, Inc.

Dated: May 4, 2004

_____
Mark R. Kravitz
UNITED STATES DISTRICT JUDGE